U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Trustees of the N.E.C.A - IBEW Local 176
v.
Reilly Electric, Inc. et al.

Case Number:

KC FILED DEC 06 2007
DEC 0 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS,

07CV6889
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

| | |
|---|---|
| NAME (Type or print) <br> JOHN F. ETZKORN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John F. Etzkorn | |
| FIRM <br> ARNOLD AND KADJAN | |
| STREET ADDRESS <br> 19 W. JACKSON BLVD., SUITE 300 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 757535 | TELEPHONE NUMBER <br> 312-236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |