AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE PENSION, VACATION, AND TRAINING TRUST FUND,<br><br>V.<br><br>REILLY ELECTRIC, INC.<br>an Illinois corporation, and<br><br>ANNE M. REILLY, individually, | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>**07CV6889**<br>**JUDGE LEFKOW**<br>**MAGISTRATE JUDGE NOLAN**<br><br>MAGISTRATE JUDGE: |

TO: (Name and address of Defendant)

REILLY ELECTRIC, INC. an Illinois corp
c/o Edward S. Glazar, its registered agent
One Dearborn Square # 320
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**John F. Etzkorn**
**ARNOLD AND KADJAN**
**19 W. Jackson Blvd., Suite 300**
**Chicago, IL 60604**

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*[signature]*

DEC 0 6 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/14/07 @ 11:35 am |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served Reilly Electric Inc c/o Anne Reilly, President at office 803 S. 4th Ave Kankakee (W/F 35, short brown hair)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/07
              Date            Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.