IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>REILLY ELECTIC, INC., an Illinois corporation, and ANNE M. REILLY, Individually,<br><br>    Defendants. | No.: 07 c 6889<br><br>JUDGE: LEFKOW |

**MOTION FOR DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, JOHN F. ETZKORN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter Judgment in a Sum Certain in favor of Plaintiffs and against Defendants, REILLY ELECTRIC, INC. ("REILLY"), an Illinois Corporation, and ANNE M. REILLY ("A.M. REILLY"), individually, in the amount of $111,128.83.

In support of their motion, thereof, Plaintiffs state as follows:

1. This case was filed on December 6, 2007.

2. Defendants were served on December 14, 2007 and have not appealed or answered within the time allowed by law.

3. Pursuant to the Affidavit of Howard Levinson, Fund Auditor, attached hereto, delinquent contributions are due in the amount of $108,866.33 based on a review of the books and records of REILLY.

4. Pursuant to the Affidavit of John F. Etzkorn, attached hereto, the Plaintiffs have incurred $2,262.50 in reasonable attorneys' fees and costs in the course of prosecuting this action, and such fees and costs are required to be paid by Defendants pursuant to the applicable trust agreements and pursuant to ERISA at 29 U.S.C. Section 1132(g)(2).

WHEREFORE, Plaintiffs request this Court for relief as follows:

A. Enter judgment in favor of Plaintiffs and against Defendants, REILLY and A.M RELLY, individually, in the sum of $111,128.83 consisting of $108,866.33 amount due under an audit for the period from July 1, 2002 through August 31, 2007 and $2,262.50 in attorneys' fees and costs.

B. This Court grants such other relief as it deems equitable and just under the circumstances.

TRUSTEES OF THE N.E.C.A. -IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

By:     s/ John F. Etzkorn
        One of their Attorneys

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415