**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 c 6889 |
| REILLY ELECTIC, INC., an Illinois corporation, and ANNE M. REILLY, Individually, | ) ) ) | JUDGE: LEFKOW |
| Defendants. | ) ) | |

<u>**AFFIDAVIT**</u>

JOHN F. ETZKORN, being first duly sworn, on oath deposes and states as follows:

1.      He is a partner employed by the law firm of Arnold & Kadjan, Attorneys for Plaintiffs in this lawsuit.

2.   In that capacity, he is familiar with the books and records of Arnold & Kadjan as they relate to the instant lawsuit; he has examined those books and records and finds the following legal services have been billed and/or rendered to Plaintiffs herein by months Arnold and Kadjan in connection with the instant lawsuit:

| | | |
|---|---|---|
| 06/06/06 | 0.50 | 112.50 |
| 07/13/06 | 1.00 | 225.00 |
| 07/14/06 | 0.50 | 112.50 |
| 09/24/07 | 1.00 | 225.00 |
| 09/27/07 | 1.00 | 225.00 |
| 11/24/07 | 1.50 | 337.50 |
| 11/28/07 | 1.50 | 337.50 |
| 12/04/07 | 1.00 | 225.00 |
| 12/17/07 | 0.50 | 112.50 |
| **TOTAL ATTORNEYS' FEES** | **8.50** | **$1,912.50** |

3.      In addition, the following costs were incurred in connection with this matter:

Filing Fee, Clerk U.S. Dist.                              350.00

**TOTAL COSTS:**                                **$350.00**

    4.      I certify that the foregoing costs and attorneys' fees, totalling $2,262.50, were necessary and reasonable.

SUBSCRIBED AND SWORN TO
before me this ____ day of _____, 2008

_____
Notary Public

OFFICIAL SEAL
JAMIE DORGAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/06/11