IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>REILLY ELECTIC, INC., an Illinois corporation, and ANNE M. REILLY, Individually,<br><br>    Defendants. | No.: 07 c 6889<br><br>JUDGE: LEFKOW |

## AFFIDAVIT

HOWARD B. LEVINSON, first being duly sworn, on oath states as follow:

1. He is the principal of Levinson, Simon & Sprung. P.C. a certified public accounting firm ("the company").

2. In that capacity, he is personally familiar with and has personally reviewed an audit prepared by the company for one of its clients, TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 176 ("the Funds").

3. The audit in question was of the contributions submitted by REILLY ELECTRIC, INC. (the employer) for the period from July 1, 2002 through August 31, 2007.

4. The audit disclosed that the employer was delinquent in the required fringe benefit contributions to the Funds in the amount of $97,600.68.

5. In addition, the employer is required to pay liquidated damages on its unpaid contributions at the rate of 10% thereof, which I have calculated to be $9,760.06.

6.       In addition, the employer is required to pay the cost of the review and report, which was $1,505.59.

7.       The total delinquency, accordingly, is $108,866.33.

8.       Affiant suffers from no incapacity and, if called as a witness herein, can testify competently to each and every fact alleged herein.

LEVINSON, SIMON & SPRUNG. P.C.

BY: Howard B. Levinson, CPA

SUBSCRIBED AND SWORN to before me this 22 day of February, 2008.

_____
Notary Public

OFFICIAL SEAL
KELLY A EDGAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/09/10