IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 c 6889 |
| REILLY ELECTIC, INC., an Illinois corporation, and ANNE M. REILLY, Individually, | ) ) ) | JUDGE: LEFKOW |
| Defendants. | ) ) | |

## NOTICE OF MOTION

TO:  Reilly Electric, Inc.
c/o Anne M. Reilly
803 S. 4th Avenue
Kankakee, IL  60901

**PLEASE TAKE NOTICE THAT** on, Thursday, March 20, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lefkow or any Judge sitting in her stead, in Room 1925 of the Federal District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, a copy of which is attached and served upon you.

By:____s/John F. Etzkorn_____

ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, IL  60604
(312) 236-0415

## CERTIFICATE OF SERVICES

That the undersigned, an attorney of record, hereby certified that March 5, 2008 he electronically filed the attached, Notice of Motion and Motion for Default and Judgment in Sum Certain, with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

**Reilly Electric, Inc.**
**c/o Anne M. Reilly**
**803 S. 4th Avenue**
**Kankakee, IL  60901**

        s/ John F. Etzkorn

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, Illinois 60604
312-236-0415