UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

| | |
|---|---|
| N.E.C.A. – IBEW Local 176 Health, Welfare, Pension, Vacation, and Training Trust Funds | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−06889 |
| | Honorable Joan H. Lefkow |
| Reilly Electic, Inc., et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

MINUTE entry before Judge Honorable Joan H. Lefkow:Motion hearing held on 3/20/2008 regarding motion for judgment [11]. Plaintiffs' motion for default and judgment in sum certain [11] is granted. Judgment entered in favor of plaintiffs and against defendants in the sum of $111,128.83. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.