## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6889 | **DATE** | 5/14/2008 |
| **CASE TITLE** | Trustees of NECA-IBEW Funds vs. Reilly Electric, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Enter Order. Judgment entered in favor of plaintiffs and against defendants in the amount of $111,128.83.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|