IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 07 c 6889 |
| REILLY ELECTIC, INC., an Illinois corporation, and ANNE M. REILLY, Individually, | ) ) ) | JUDGE: LEFKOW |
| Defendants. | ) ) | |

## ORDER

THIS CAUSE coming on to be heard on Motion of Plaintiffs for Default and for Judgment in Sum Certain, due notice having been given, and Defendants having been served and having failed to Appear and Answer;

IT IS HEREBY ORDERED:

1. Judgment is hereby entered in favor of Plaintiffs and against Defendants, in the amount of $111,128.83; and

2. The judgment amount consists of $108,866.33 for unpaid contributions and liquidated damages, plus $2,262.50 in attorneys' fees and costs, which is hereby awarded pursuant to the provisions of 29 U.S.C. Section 1132(g)(2).

3. Execution may issue instanter.

DATED: **MAY 1 4 2008**

ENTER: _____
Honorable Judge Joan Humphrey Lefkow

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415